```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

CHRISTIANE WIBRACHT,                )
Individually and as Personal        )
Representative of the Estate        )
of Steven Wibracht,                 )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )     No.  4:03-CV-1594 CEJ
                                    )
RON SHIRLEY, JOHN DAVIS and         )
INTERNATIONAL ASSOCIATION OF        )
NITROX DIVERS, INC. d/b/a           )
IANTD,                              )
                                    )
            Defendants.             )

### MEMORANDUM AND ORDER

Before the Court are defendants' motions to dismiss or, in the alternative, for change of venue.  Plaintiff consents to the transfer of venue to the United States District Court for the Western District of Missouri.  Additionally, based on the allegations of the amended complaint, the Court concludes that a change of venue is proper pursuant to 28 U.S.C. § 1391(a).

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motions for change of venue [#13-2 and #16-2] are **granted**.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss [#13-1 and #16-1] are **denied**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall transfer this case to the United States District Court for the Western District of Missouri.

```
                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT COURT
```

Dated this 23rd day of January, 2004.